**Order entered March 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01284-CV

### IN THE INTEREST OF N.T, A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. Df-11-00657-Z**

## ORDER

After reviewing the appellate record in this case, we note the Court did not receive the Decree of Termination. We hereby **ORDER** the Dallas County Clerk to deliver and file with this Court a supplemental clerk's record that includes the Decree of Termination in the above matter on or before **12PM FRIDAY, MARCH 8, 2013**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE